United States District Court
Southern District of Texas
**ENTERED**
May 13, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JORGE EDUARDO MORFIN ANDRADE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-00851 |
| | § | |
| RAYMOND THOMPSON, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Pending is Respondents' opposed motion for extension of time to file an Answer (Doc. No. 12). The Court has considered the motion and concludes that it should be **GRANTED**. The Respondents' Answer or other response is due on or before **May 12, 2026**.

**SO ORDERED**.

SIGNED this ___12th___ day of May 2026.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE